# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**AUBREY LEE CHRISTIAN,**

      **Plaintiff,**

-vs-                                                        Case No. 6:11-cv-1869-Orl-22DAB

**ASTRAZENECA CORPORATION,**

      **Defendant.**

_____

## ORDER

This cause is before the Court on the Report and Recommendation (Doc. No. 9) filed on January 3, 2012.

The United States Magistrate Judge has submitted a report recommending that the case be transferred to the United States District Court for the Western District of Michigan for lack of proper venue.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed January 3, 2012 (Doc. No. 9) is ADOPTED and CONFIRMED and made a part of this Order.

       2.      This case is hereby TRANSFERRED to the District Court for the Western District of Michigan, Southern Division.

       3.      The Clerk is directed to CLOSE this file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 24, 2012.

Copies furnished to:

Counsel of Record
Aubrey Lee Christian, *pro se*

ANNE C. CONWAY
United States District Judge